

*State of New York*
*Court of Appeals*

*Andrew W. Klein*
*Chief Clerk and*
*Legal Counsel to the Court*

*Clerk's Office*
*20 Eagle Street*
*Albany, New York 12207-1095*

May 24, 2013

Greenbaum Rowe Smith & Davis, LLP
Attn: Daniel L. Schmutter, Esq.
Metro Corporate Campus One
P.O. Box 5600
Woodbridge, NJ 07095-0988

Hon. Eric T. Schneiderman
Attorney General of the State of New York
Attn: Simon Heller, Esq.
120 Broadway, 25th Floor
New York, NY 10271

Re: Osterweil v Bartlett   11-2420

Dear Counselors:

The Court has scheduled this appeal for argument on Thursday, September 12, 2013, at 2:00 p.m.

After an appeal is calendared, only the Court may grant an adjournment of the argument date. Requests for adjournment of a calendared appeal are not favored and will be granted only in limited circumstances. A party seeking an adjournment shall contact the Clerk's Office immediately by telephone and follow up with a letter addressed to the Clerk of the Court, with proof of service of one copy on each other party. The letter shall state why the adjournment is necessary, why submission on the brief filed and having substitute counsel argue are not viable alternatives, and opposing counsel's position on the request.

Pursuant to section 500.6 of the Court's Rules of Practice, the parties must keep the Clerk's Office apprised of the status of any ongoing proceedings at Supreme Court, the Appellate Division, or any other court.

A day calendar shall be issued in due course. Questions may be directed to either Susan Dautel at (518) 455-7701 or James Costello at (518) 455-7702.

Very truly yours,

Richard A. Reed

Richard A. Reed
Deputy Clerk

RAR/ssd/ai

Osterweil v Bartlett
State of New York
Court of Appeals
20 Eagle Street
Albany 12207-1095

US Court of Appeals, 2nd Circuit
Attn  Catherine O'Hagan Wolfe
40 Foley Square
New York, NY 10007

